UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warren Hanning Mitchell, | No. 2:22-cv-00926-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| FCA US, LLC, | |
| Defendant. | |

On September 28, 2022, the court reset the Status (Pretrial Scheduling) Conference set for October 6, 2022 to November 3, 2022 because the parties did not file a joint status report fourteen days prior to the conference date. Min. Order, ECF No. 9. The court also reminded the parties "that their failure to timely file a joint status report may result in the imposition of sanctions." *Id.* Despite the court's warning, the parties once again did not file a report fourteen days before the conference set for November 3, 2022.

IT IS THEREFORE ORDERED that both parties show cause within fourteen days of the date of this order why they should not be sanctioned in the amount of $250 each. Fed. R. Civ. P. 41(b).

Because a joint status report has not been filed, the court also vacates the Status (Pretrial Scheduling) Conference set for November 3, 2022, and will issue a scheduling order on its own motion.

DATED: October 28, 2022.

CHIEF UNITED STATES DISTRICT JUDGE