Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
WARREN HANNING MITCHELL

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JEANETTE SUAREZ (SBN: 255141)
jsuarez@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HANNING MITCHELL, <br><br>   Plaintiff, <br><br>   v. <br><br> FCA US, LLC; and DOES 1 through 10, inclusive <br><br>   Defendant. | Case No. 2:22-cv-00926-KJM-JDP <br><br> **JOINT NOTICE OF SETTLEMENT** |

1

**JOINT NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff WARREN HANNING MITCHELL and Defendant FCA US, LLC (the "Parties") jointly, write to advise this Court that they have settled the issue of Plaintiff's damages in this matter for $86,742.21.

The Parties are currently meeting and conferring regarding the issue Plaintiff's attorneys' fees, costs, and expenses. If the Parties are unable to resolve this issue, Plaintiff will file his Motion for Attorneys' Fees, Costs, and Expenses no later than December 11, 2023. The Parties are in agreement that the Court continue jurisdiction until Plaintiff's attorneys' fees, costs, and expenses are decided and funding satisfied.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs, and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

IT IS SO STIUPLATED.

//
//
//
//
//
//
//
//

Dated: October 18, 2023        STRATEGIC LEGAL PRACTICES, APC

*/s/ Tionna Dolin*

TIONNA DOLIN
Attorney for Plaintiff
WARREN HANNING MITCHELL

Dated: October 18, 2023        GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Spencer Hugret*

JEANETTE SUAREZ
SPENCER HUGRET
Attorney for Defendant
FCA US, LLC