Tionna Carvalho (SBN 292010)
tcarvalho@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC.**
1888 Century Park East, Floor 19
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorney for Plaintiff
WARREN HANNING MITCHELL

JEANETTE SUAREZ (SBN: 255141)
jsuarez@grsm.com
TRINA CLAYTON (SBN: 204215)
tclayton@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant,
FCA US, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| WARREN HANNING MITCHELL, | Case No. 2:22-cv-00926-DJC-JDP |
|---|---|
| Plaintiff, | **JOINT STIPULATION REGARDING PLAINTIFFS' FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER** |
| v. | |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1

---

**THE PARTIES' STIPULATION TO RESOLVE FEES, COSTS AND EXPENSES & REQUEST FOR ENTRY OF ORDER**

This Stipulation is entered into by and between Plaintiff WARREN HANNING MITCHELL ("Plaintiff") and Defendant, FCA US, LLC ("Defendant"), through their respective counsel of record.

WHEREAS, Plaintiff WARREN HANNING MITCHELL accepted Defendant FCA's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 6, 2023.

WHEREAS, the counsel for the parties have met and conferred and have reached an agreement, in lieu of Plaintiff's counsel filing a Motion for Attorneys' fees, costs, and expenses, Defendant FCA US, LLC is to pay fees, costs, and expenses in this matter for the sum of $12,000.00. Such funding shall be satisfied by February 12, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

Parties hereby apply for the entry of Order in the amount of $12,000.00 for Plaintiff's Attorneys' Fees, Costs, and Expenses as outlined in this Stipulation.

**IT IS SO STIPULATED.**

Dated: December 11, 2023        **STRATEGIC LEGAL PRACTICES, APC**

/s/ Tionna Carvalho
Tionna Carvalho
Attorney for Plaintiff
WARREN HANNING MITCHELL

Dated: December 11, 2023        **GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Trina Clayton
Trina Clayton
Attorney for Defendant
FCA US, LLC