# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HANNING MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:22-cv-00926-DJC-JDP<br><br>District Judge: Daniel J. Calabretta<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff WARREN HANNING MITCHELL ("Plaintiff") and Defendant FCA US, LLC have agreed FCA US, LLC will pay $12,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $12,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by February 12, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Dated: January 10, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE