# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN HANNING MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC; PUENTE HILLS CHRYSLER DODGE JEEP RAM; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 2:22-cv-00926-DJC-JDP<br><br>Judge: Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL** |

**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL**

Upon the Request of the Plaintiff to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated: March 13, 2024            /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE